[No. 50015-5-I. Division One. February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN LEE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01378-1, Anita L. Farris, J., entered January 23, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50044-9-I. Division One. February 18, 2003.]

JANINE A. SARTI, ET AL., *Appellants*, v. UNICO PROPERTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-31164-8, Richard D. Eadie, J., entered January 23, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Baker, J.

[No. 50117-8-I. Division One. February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07746-1, Linda Lau, J., entered February 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50234-4-I. Division One. February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH G. BLANCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02173-8, Ronald Kessler, J. and Kenneth Comstock, J. Pro Tem., entered March 28, 2002. *Reversed* by unpublished per curiam opinion.